# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNTS: **larkin.brian@gmail.com; brianblueeyeguy@gmail.com; emilyjgoodgrrl@gmail.com; emilyjohnsonme10@gmail.com emilyshygrrl11@gmail.com; julielearned123456@gmail.com** THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | ) **FILED UNDER SEAL** <br> ) <br> ) Case No. 4:23 MJ 7409 SPM <br> ) <br> ) SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   California  
*(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before   January 1, 2024   *(not to exceed 14 days)*
in the daytime 6:00 a.m. to 10:00 p.m.   XX   at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Shirley P. Mensah  
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ❏ for _____ days *(not to exceed 30)*    ❏ until, the facts justifying, the later specific date of _____.

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date and Time issued: December 18, 2023 at 16:00

*Judge's signature*

City and State:   St. Louis, Missouri  

Honorable Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>4:23 MJ 7409 SPM | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with:

**larkin.brian@gmail.com**
**brianblueeyeguy@gmail.com**
**emilyjgoodgrrl@gmail.com**
**emilyjohnsonme10@gmail.com**
**emilyshygrrl11@gmail.com**
**julielearned123456@gmail.com**

("the Accounts") that are stored at premises owned, maintained, controlled, or operated by Google LLC a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT B

## Particular Things to be Seized

**I.      Information to be disclosed by Google LLC ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on **11/30/2023 with the Google Reference Number** 47877366 and 47913593, Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from account creation to present, unless otherwise indicated:

All business records and subscriber information, in any form kept, pertaining to the Account, including:

(a) All contact information and personal identifying information for the SUBJECT ACCOUNT holder(s);

(b) All photographs, visual depictions and videos uploaded, downloaded or possessed on the SUBJECT ACCOUNT, as well as Exchangeable Image File ("EXIF") data and any other metadata associated with those photographs, visual depictions and videos;

(c) All basic subscriber and billing information for the SUBJECT ACCOUNT;

(d) All Google Photos content, data and information associated with the SUBJECT ACCOUNT;

(e) All records or other information regarding the electronic devices and internet browsers associated with or used in connection with the SUBJECT ACCOUNT, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All IP logs, including all records of the IP addresses that logged into the SUBJECT ACCOUNT;

(g) The length of service (including start date) and the means and source of any payments associated with service (including any credit card or bank account number) related to the SUBJECT ACCOUNT;

(h) All records pertaining to communications between GOOGLE LLC and any person regarding the SUBJECT ACCOUNT, including contacts with support services and records of actions taken., including records of any customer service contacts with or about the subscriber, including any inquiries or complaints concerning the SUBJECT ACCOUNT;

(i) The contents of and all data associated with all email, messages, communications, chats or texts in which information associated with the Google Photos account of the SUBJECT ACCOUNT is incorporated, referenced or provided by link;

(j) All information regarding any account, including but not limited to email accounts, electronic service accounts or other accounts that accessed photographs, visual depictions and videos associated with the SUBJECT ACCOUNT;

(k) All information identifying devices (including both computers and mobile devices) used to access the SUBJECT ACCOUNT, including, for example, device serial number, a GUID or Global Unique Identifier, a phone number, MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Android ID, Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

(l) All Cookie Data associated with the SUBJECT ACCOUNT;

All transactional information about the use of the SUBJECT ACCOUNT, such as records of login (i.e., session) times and durations and the methods used to connect to the account and information regarding accounts registered from the same IP address;

(n) All Google Drive data and information related to the SUBJECT ACCOUNT;

(o) All Google Chat, Google Plus and Google Hangouts information, data and content associated with the SUBJECT ACCOUNT; and

(p) Location history data related to the SUBJECT ACCOUNT

> All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

      Records of user activity for each connection made to or from the Account(s), including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs

Google is hereby ordered to disclose the above information to the government within fourteen days of issuance of this warrant.

**II.     Information to be seized by the Government**

All information described above in Section I that constitutes evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A (solicitation, receipt, distribution and/or possession of child pornography), including but not limited to:

a. Evidence indicating how and when the SUBJECT ACCOUNTS were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the SUBJECT ACCOUNT's owner or user;;

b. Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

c. Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

d. The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

e. The identity of the person(s) who communicated with the Account about matters relating to child sexual abuse material and/or the solicitation, receipt, distribution, possession and accessing of child pornography and child sexual abuse material including records that help reveal their whereabouts.

f. Evidence related to or constituting of child pornography, child sexual abuse material and/or the solicitation, receipt, distribution, possession and accessing of child pornography and child sexual abuse material

g. Evidence regarding communications related to child pornography, child sexual abuse material, the sexual exploitation or abuse of minors and/or grooming of minors for sexual exploitation or sexual abuse; and

h. Evidence of searching or attempting to receive, possess and distribute child pornography or child sexual abuse material.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law

enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

### III. METHOD OF SERVICE

IT IS ORDERED that, notwithstanding 18 U.S.C. §§ 2252 and 2252A, GOOGLE LLC shall deliver these records in an electronic format, by online law enforcement portal, or by download link sent by electronic mail (e-mail) to Federal Bureau of Investigation Special Agent Ambers Wilson APWILSON@FBI.GOV within 10 days of the service of this warrant except as provided below.

**If the records contain apparent child pornography**, GOOGLE LLC SHALL NOT send the records in unencrypted attachment(s) to the government email address listed above; instead, GOOGLE LLC shall send the records in an encrypted format or via online law enforcement portal or in an indirect download link provided by email or other electronic means.

If the aforementioned delivery options are not possible, then GOOGLE LLC shall reduce the records to a compact disk (CD), DVD, Blu-ray disk, USB, or other physical storage device and sent by domestic U.S. Mail or common carrier within 10 days of the service of this warrant to the following address:

SPECIAL AGENT AMBERS PORTER WILSON JR

FEDERAL BUREAU OF INVESTIGATION

2222 MARKET STREET

ST. LOUIS, MO 63103

IT IS FURTHER ORDERED that GOOGLE LLC shall supply the name and contact information for all employees who conduct the search and produce the records responsive to this warrant.

a. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google LLC ("Google"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google, and they were made by Google as a regular practice; and

b. such records were generated by Google's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records;

2. the process or system is regularly verified by Google, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____       _____
Date                                                                  Signature